UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>and<br><br>THE WASHINGTON STATE DEPARTMENT OF ECOLOGY and THE PUGET SOUND CLEAN AIR AGENCY, et al.<br>Intervenors,<br><br>v.<br><br>ARDAGH GLASS INC., formerly known as SAINT-GOBAIN CONTAINERS, INC.,<br>Defendant. | C10-0121 TSZ<br><br>ORDER |

The parties' joint motion, docket no. 100, to terminate the Consent Decree, docket nos. 53-3, 53-4 & 54, as modified, see Order (docket no. 97), is GRANTED. Pursuant to Paragraph 108 of the Consent Decree, docket no. 53-4 at 63, Defendant submitted a request for termination and certified that it had completed the requirements outlined in the Consent Decree. Joint Stip. at ⁋ 6 (docket no. 100). Plaintiff and Intervenors

reviewed Defendant's materials and agreed that Defendant's obligations have been fulfilled and the Consent Decree should be terminated. Id. at ¶¶ 7–8. The Consent Decree is hereby TERMINATED. See Consent Decree at § XXIII (docket no. 53-4 at 63–64).

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 21st day of August, 2026.

Thomas S. Zilly
United States District Judge